UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
BYRON SMITH,

                Plaintiff,

         - against -

ARTFORUM INTERNATIONAL MAGAZINE, INC.,

                Defendant.
-----------------------------------------X

**O R D E R**

19 Civ. 9869 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the complaint in this action was filed on October 25, 2019; and

    **WHEREAS** by letter dated November 10, 2019 (ECF No. 4), plaintiff reported that the parties had reached a settlement in principle; and

    **WHEREAS** in the same letter, plaintiff requested the Court to dismiss this case with leave to reopen the case if the parties did not submit a final notice of dismissal within thirty days; and

    **WHEREAS** the parties have not submitted a final notice of dismissal, it is hereby

    **ORDERED** that the above-captioned action is dismissed without prejudice, see Fed. R. Civ. P. 41(a)(2), and it is further

1

**ORDERED** that the Clerk of Court is directed to close the case.

Dated:  New York, New York
        December 12, 2019

/s/ Naomi Reice Buchwald
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE